[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| James Cavanaugh ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | Case Number: __1:24-cv-399___ |
| ) | |
| Mobile Mini ) | |
| ) | |
| Defendant(s). ) | |
| ) | |
| ) | |
| ) | |

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1.  This is an action for employment discrimination.

2.  The plaintiff is _____ James Cavanaugh _____ of the county of _____ DuPage _____ in the state of _____ Illinois _____.

3.  The defendant is _Mobile Mini_____, whose street address is _____ 16823 State Street _____,

(city) South Holland   (county) _Cook_____ (state) Illinois _____ (ZIP) 60473

(Defendant's telephone number)   (____) – _____

4.  The plaintiff sought employment or was employed by the defendant at (street address) _____ 16823 State Street _____ (city) _____ South Holland _____

(county) _____ Cook _____ (state) Illinois _____ (ZIP code) _____ 60473 _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5.      The plaintiff [**check one box**]

(a)    ☐      was denied employment by the defendant.

(b)    ☐      was hired and is still employed by the defendant.

(c)    ✖✖✖✖was employed but is no longer employed by the defendant.

6.      The defendant discriminated against the plaintiff on or about, or beginning on or about, (month)__August _____, (day)_____21__, (year)_2023_____.

7.1     (**Choose paragraph 7.1 or 7.2, do not complete both**.)

(a)    The defendant is not a federal governmental agency, and the plaintiff

[*check one box*]  ✖✖☐*has*  ☐*has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

(i)    ☐✖✖✖ the United States Equal Employment Opportunity Commission, on or about (month)__January_____ (day)_____1_ (year)___2024_____.

(ii)    ☐   the Illinois Department of Human Rights, on or about (month)_____ (day)____ _____ _(year)____ ____._____

(b)    If charges *were* filed with an agency indicated above, a copy of the charge is attached.

X☐  Yes, ☐  No, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2     The defendant is a federal governmental agency, and

(a)      the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

        ☐ Yes (month)_____ (day)_____ (year) _____

        ☐ No, did not file Complaint of Employment Discrimination

(b)     The plaintiff received a Final Agency Decision on (month)_____

(day) _____ (year) _____.

(c)     Attached is a copy of the

     (i)  Complaint of Employment Discrimination,

        ☐ Yes   ☐ No, but a copy will be filed within 14 days.

     (ii) Final Agency Decision

        ☐ Yes   ☐ N0, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐     the United States Equal Employment Opportunity Commission has not

issued a *Notice of Right to Sue.*

(b) ☐✣✣✣The United States Equal Employment Opportunity Commission has issued

a *Notice of Right to Sue*, which was received by the plaintiff on

(month)_____October_____ (day)____30__ (year)___2023_____ a

copy of which *Notice* is attached to this complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's [***check only***

***those that apply***]:

(a)  ☐ ✗Age (Age Discrimination Employment Act).
(b)

     ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

☐ ))Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. . (1981§

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ ✗ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the ADA by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791; and for the ADEA, 29 U.S.C. § 626(c).

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☐ ✗ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☐ ✱✱✱✱ retaliated against the plaintiff because the plaintiff did something to assert protected by the laws identified in paragraphs 9 and 10 above; rights

(h) ☐ other (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

13.    The facts supporting the plaintiff's claim of discrimination are as follows: _____Plaintiff made multiple complaints alleging age and sex discrimination._____ Defendant took no action to address the complaints of Plaintiff.  Defendant ultimately terminated Plaintiff after he filed his charge of discrimination with the EEOC and made complaints alleging age and sex discrimination.

_____

_____

_____

14.    [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.    The plaintiff demands that the case be tried by a jury. **XXX**☐  Yes ☐  No

16.    THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

    (a)    ☐  Direct the defendant to hire the plaintiff.

    (b)    ☐  Direct the defendant to re-employ the plaintiff.

    (c)    ☐  Direct the defendant to promote the plaintiff.

    (d)    ☐  Direct the defendant to reasonably accommodate the plaintiff's religion.

    (e)    ☐  Direct the defendant to reasonably accommodate the plaintiff's disabilities.

    (f)    ☐  Direct the defendant to (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g)     **XXXX**☐  If available, grant the plaintiff appropriate injunctive relief, lost
wages,        liquidated/double  damages, front pay, compensatory damages, punitive
         damages, prejudgment interest, post-judgment interest, and costs, including
         reasonable attorney fees and expert witness fees.

(h)     **XXX**☐   Grant such other relief as the Court may find appropriate.


_____/s/ Jame Cavanaugh by Attorney Andre P. Gaston_____
(Plaintiff's signature)

_____James Cavanaugh_____
(Plaintiff's name)

_____129 North State Street_____ (Plaintiff's
street address)

(City)___Genoa_____(State)_____Illinois_____(ZIP)___60135_____

(Plaintiff's telephone number) (_815) – __501-0426__

                                        Date:   ___January 16, 2024_


[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

EEOC Received 1/1/2024

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | **440-2024-02847** |

| **Illinois Department Of Human Rights** | and EEOC |
|---|---|

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Mr. James Cavanaugh** | **(815) 501-0426** | **1966** |

| Street Address | City, State and ZIP Code |
|---|---|
| **129 North State Street, Genoa Illinois 60135** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **Mobile Mini** | **20+** | ()  - |

| Street Address | City, State and ZIP Code |
|---|---|
| **4646 E. Van Buren Street, Phoenix, AZ 85008** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN | Earliest                    Latest<br>**8/21/2023** |
| ☐ DISABILITY  ☐ GENETIC INFORMATION | |
| ☒ RETALIATION  ☐ AGE  ☐ OTHER *(Specify)*  **XXX AGE** | ☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**I began my employment with Respondent in or around Januaury of 2022. My most recent position was truck driver. During my employment, I was subjected to sex and age-based harassment. I complained to Respondent. Subsequently, I was subjected to scrutiny, discipline and I was discharged. I believe I have been discriminated against because of my and sex, in violation of Title VII of the Civil Rights Act of 1964 as amended and for engaging in a protected activity.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY -- When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| x ___1-1-2024___  *James Cavanaugh*<br>Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

Received EEOC CDO on 03/30/2023
Illinois Department of Human Rights- added by EEOC

Redacted by EEOC



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### CHARGE OF DISCRIMINATION

EEOC Form 5A (October 2017)

For Official Use Only – Charge Number:
**440-2023-03321**

| | |
|---|---|
| **Personal Information** | First Name: James  MI: G  Last Name: Cavanaugh<br>Address: 129 N. State St.  Apt.:<br>City: Genoa  County: DeKalb  State: IL  Zip Code: 60135<br>Phone: 815-501-0421 Home ☐ Work ☐ Cell ☑  Email: ironmanjimc@hotmail.com |
| **Who do you think discriminated against you?** | Employer ☑  Union ☐  Employment Agency ☐  Other Organization ☐<br>Organization Name: WillScot Mobile Mini<br>Address: 16823 State St.  Suite:<br>City: South Holland  State: IL  Zip Code: 60473  Phone: 312-270-4712 |
| **Why you think you were discriminated against?** | Race ☐  Color ☐  Religion ☐  Sex ☑  National Origin ☐  Age ☐<br>Disability ☐  Genetic Information ☐  Retaliation ☐  Other ☐ (specify) |
| **What happened to you that you think was discriminatory?** | Date of most recent job action you think was discriminatory: _____<br>Also describe briefly each job action you think was discriminatory and when it happened (estimate).<br>On 07/29/2022 I feel that I was discriminated against by ▓▓▓▓▓▓. She made derogatory statments about men in the presence of my coworkers and I was informed of the incident. Her behavior towards her male employees and customers is horrible. I have complained numerous times to Mike Olin and my work assignments have gotten worse. |
| **Signature and Verification** | I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my allegations and my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination.<br><br>I declare under penalty of perjury that the above is true and correct.<br>Signature: _James G Cavanaugh_  Date: 3/30/23 |

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Chicago District Office**
230 S Dearborn Street
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
### (This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 10/30/2023

**To:** Mr. James G. Cavanaugh
129 N state
GENOA, IL 60135
Charge No: 440-2023-03321

EEOC Representative and email:   FATIMA SANDOVAL
Investigator
fatima.sandoval@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 440-2023-03321.

On behalf of the Commission,

Digitally Signed By:Diane I. Smason
10/30/2023

Diane I. Smason
Acting District Director

**Cc:**
Kathryn Montgomery Moran
Jackson Lewis P.C.
150 N MICHIGAN AVE STE 2500 STE 2500
Chicago, IL 60601

Jeffrey D Iles
Jackson Lewis P.C.
150 N MICHIGAN AVE STE 2500
Chicago, IL 60601

Samantha Bishop
Mobile Mini
901 S BOND ST STE 600
Baltimore, MD 21231

ANDRE GASTON
The Law Office of Andre P. Gaston, P.C.
1901 N. Roselle Rd Suite 800
SCHAUMBURG, IL 60195


Please retain this notice for your records.